United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re WILLIAMS.

Case No. 22-cv-07311-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Mule Creek State Prison in Ione, California, filed a letter with this Court stating that he wished to open a case to obtain a temporary restraining order. Dkt. No. 1. Plaintiff also filed a motion for a temporary restraining order requiring Mule Creek State Prison correctional officials to cease all ICC actions which are adverse to Plaintiff or have a punitive effect on Plaintiff pending Plaintiff's October 27, 2022 Board of Parole Hearing appointment. Dkt. No. 2. Because Plaintiff sought relief from this Court, the Court opened an action based on these filings.[1] The events or omissions giving rise to Plaintiff's claim(s) occurred at Mule Creek State Prison, Plaintiff is housed at Mule Creek State Prison, and Plaintiff seeks relief from Mule Creek State Prison employees or prison officials. Mule Creek State Prison is in Amador County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//

//

---

[1] The Clerk of the Court informed Plaintiff that this action was deficient because he failed to file a complaint on the proper form and had failed to either pay the filing fee or file a complete *in forma pauperis* application. Dkt. Nos. 3, 4.

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2  § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern
3  District of California.  The Clerk is directed to close the case.
4    **IT IS SO ORDERED.**
5  Dated:   11/22/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2