UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMONT WILLIAMS, | No. 2:22-cv-2103 DB P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, | |
| Defendant. | |

Plaintiff, a state prisoner, proceeds pro se in this civil action. On December 30, 2022, the court noted plaintiff had not properly commenced this civil action as required by Rule 3 of the Federal Rules of Civil Procedure. (ECF No. 9.) By written order of the same date, the court ordered plaintiff to (1) file a complaint and (2) either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.

Subsequent to the filing and service of the court's order dated December 30, 2022, however, plaintiff's complaint and motion to proceed in forma pauperis were docketed. Plaintiff's complaint and motion to proceed in forma pauperis had been received at the Fresno courthouse, and then scanned and forwarded to the Sacramento courthouse, resulting in a delay the docketing of those filings. Because these filings have been received and docketed, plaintiff may disregard the court's December 30, 2022 order to the extent it ordered him to file a complaint and motion to

proceed in forma pauperis. In due course, plaintiff's motion to proceed in forma pauperis will be reviewed, and plaintiff's complaint will be screened.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff may disregard the court's order filed and served on December 30, 2022, to the extent it ordered plaintiff to file a complaint and motion to proceed in forma pauperis which have now been docketed.

2. Plaintiff shall mail all further filings for this case to the Eastern District of California, Sacramento Division, at 501 I St # 4200, Sacramento, CA 95814.

Dated: January 19, 2023

DLB7
will2103.disregardorder

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2