UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMONT WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>Defendants. | No. 2:22-cv-02103 DJC DB P<br><br><br><br>ORDER |

By order filed April 3, 2023, the court found plaintiff's complaint did not state a claim and granted thirty days leave to file an amended complaint. That time has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, plaintiff will be ordered to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders. Plaintiff is cautioned that failure to respond to this order will result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Within thirty days of the date of this order, plaintiff shall either file an amended complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders.

////

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 25, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will2103.fta.36