UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN LAMONT WILLIAMS,

Plaintiff,

v.

MULE CREEK STAET PRISON, et al.,

Defendants.

No.  2:22-cv-02103-DJC-DB P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 30 days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 3, 2023 (ECF No. 17) are adopted in full as relating to Plaintiff's renewed motion for a temporary restraining

order and preliminary injunction (ECF No. 2).

2.  Plaintiff's renewed motion for a temporary restraining order and preliminary injunction (ECF No. 2) is denied.

3.  This case is referred back to the Magistrate Judge for further pretrial proceedings.


IT IS SO ORDERED.

Dated:   **June 2, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

will2103.800

2