UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LAMONT WILLIAMS, | No. 2:22-cv-02103 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be voluntarily dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

2. The pending motion for an extension of time (ECF No. 21) is denied as moot.

3. The Clerk of the Court is directed to close this case.

Dated: July 6, 2023

DLB7
will2103.59

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1